

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**United States Bankruptcy Judge**

**Signed July 22, 2010**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE Northern DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 10-10086-RLJ-13 |
| | § | |
| SCOTT LEE EAKIN and LISA | § | |
| JANE EAKIN, | § | |
|    Debtor | § | CHAPTER 13 |
| | § | |
| WELLS FARGO BANK, N.A., | § | |
| SUCCESSOR BY MERGER TO WELLS | § | |
| FARGO HOME MORTGAGE, INC. | § | |
| ITS ASSIGNS AND/OR | § | |
| SUCCESSORS IN INTEREST, | § | |
|    Movant | § | HEARING DATE: 06/30/2010 |
| | § | |
| v. | § | TIME: 11:00 AM |
| | § | |
| SCOTT LEE EAKIN and LISA | § | |
| JANE EAKIN; WALTER | § | |
| O'CHESKEY, Trustee | § | |
|    Respondents | § | JUDGE ROBERT L. JONES |

## AGREED ORDER LIFTING STAY
## AS TO DEBTOR

On this day came on before the Court the Motion of WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WELLS FARGO HOME MORTGAGE, INC. ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST, Movant, for Relief from the Automatic Stay.  The Court is advised Debtor is surrendering the subject property and the Motion should be granted.  Therefore, it is

ORDERED that the stay afforded by 11 U.S.C. §362 is terminated with respect to Movant on the following described property, to wit:

BEING ALL OF LOT 28 IN A SUBDIVISION KNOWN AS LAUREL HILLS, ACCORDING TO A PLAT OF THE SAME DULY RECORDED IN BOOK OF PLATS E, SLIDE 147-A, HARNETT COUNTY REGISTRY.

It is further ORDERED that the provision of Rule 4001(a)(3), Federal Rules of Bankruptcy Procedure is hereby waived and WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WELLS FARGO HOME MORTGAGE, INC. ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST may immediately enforce and implement this Order Lifting Stay.

### End of Order ###

APPROVED AS TO FORM AND SUBSTANCE

BARRETT  DAFFIN  FRAPPIER
TURNER & ENGEL, LLP

/s/ JEFF FLEMING

| | |
|---|---|
| JEFF FLEMING | PAMELA JEAN CHANEY |
| TX NO. 24034442 | 402 CYPRESS, STE. 310 |
| 15000 SURVEYOR BLVD. SUITE 100 | ABILENE, TX  79601 |
| ADDISON, TX 75001 | |
| Telephone: (972) 341-5322 | ATTORNEY FOR DEBTORS |
| Facsimile: (972) 661-7725 | |
| E-mail:  NDECF@BDFGROUP.COM | |
| ATTORNEY FOR MOVANT | |
| | WALTER O'CHESKEY, TRUSTEE |

ORDERED that the provision of Rule 4001(a)(3), Federal Rules of Bankruptcy Procedure is hereby waived and WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WELLS FARGO HOME MORTGAGE, INC. ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST may immediately enforce and implement this Order Lifting Stay.

### End of Order ###

APPROVED AS TO FORM AND SUBSTANCE

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

/s/ JEFF FLEMING
JEFF FLEMING
TX NO. 24034442
15000 SURVEYOR BLVD. SUITE 100
ADDISON, TX 75001
Telephone: (972) 341-5322
Facsimile: (972) 661-7725
E-mail: NDECF@BDFGROUP.COM
ATTORNEY FOR MOVANT

PAMELA JEAN CHANEY
402 CYPRESS, STE. 310
ABILENE, TX 79601

ATTORNEY FOR DEBTORS

/s/ Marc McBeath
WALTER O'CHESKEY, TRUSTEE